UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| J.C. BEAUGH, JR. | * | CIVIL NO. 07-0694 |
| VERSUS | * | JUDGE DOHERTY |
| DAIMLER CHRYSLER CORP. | * | MAGISTRATE JUDGE HILL |

### ORDER REGARDING JURISDICTIONAL AMOUNT

The undersigned has reviewed the defendant's Memorandum in Support of Jurisdictional Amount and attachments thereto filed in Response to the undersigned's Order requiring the defendant to file a memorandum setting forth specific facts in controversy which support a finding that the jurisdictional amount exists. Based on this review, the undersigned concludes that it appears that jurisdictional amount exists. The defendant has demonstrated that plaintiff's claims satisfy this court's jurisdictional minimum. As a result of the accident at issue herein, J.C. Beaugh, Jr. claims to have sustained a low back injury for which he underwent surgery at the L5-S1 level.

Signed this 7th day of September, 2007, at Lafayette, Louisiana.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE